### CARMICHAEL v BD OF EDUCATION et

Ohio Appeals, 9th Dist, Summit Co

No. 1733. Decided October 3, 1929

Messrs. Rockwell & Grant and Smoyer & Smoyer, Akron, for Carmichael.

Messrs. Roetzel, Hunsicker & Olds, and A. B. Underwood, Akron, for Bd of Education et.

Syllabus by WASHBURN, J.

In the absence of fraud, the certificate of a fiscal officer required by **5625-33 GC,** attached to a contract, certifying that the

amount required to meet the same is in the treasury or in process of collection, is, as to the facts set forth therein, binding upon the political subdivision and upon the taxpayers of said subdivision, though the statements set forth in said certificate are not true.

Full opinion will be published later.